**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

CASE NO.: 8:14-bk-05676-CED

Edward R. Curatola and
Victoria M. Curatola                     Chapter 13
    Debtor.
_____/

**MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION**

    **COMES NOW,** the Debtors, **Edward R. Curatola and Victoria M. Curatola** by and through the undersigned attorney, and requests an Order Referring the Debtor and Selene Financing, to mortgage mediation, and in support thereof states as follows:

    1.    The Debtors filed this Chapter 13 case on May 19, 2014 and would like to retain their primary residence.

    2.    The Debtors would like to modify the terms of the mortgage encumbering their primary residence. The Debtors income will allow them to contribute as much as thirty-one (31%) percent of their current monthly income to payment of their modified mortgage debt.

    3.    Mediation pursuant to Local Rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgage.

    4.    Debtors and Creditor will split the mediation cost and pay it directly to the mediator prior to attending any scheduled mediation.

    **WHEREFORE,** the Debtors respectfully request this Honorable Court to enter an Order referring this case to mediation, and for such other and further relief as this Court may deem just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Referral to Mortgage Modification Mediation has been furnished electronically or via U.S. Mail to:

**Kelly Remick Trustee,** P.O. Box 6099, Sun City Center, FL 33571;

Edward & Victoria Curatola :12384 Easthaven Drive, Spring Hill, FL 34609

Selene Financing: c/o Suzanne Delany, Esq. Attorney for Lender @ sdelany@storeylawgroup.com

on this 25th day of February, 2015.

        /s/ Sandra H. Day
        SANDRA H. DAY, ESQUIRE
        Florida Bar No. 189499
        The Day Law Office
        P.O. Box 5535
        Spring Hill, FL 34611
        (352)684-6545
        daylawofficebk@tampabay.rr.com
        Attorney for Debtors