ORDERED.

Dated: October 30, 2015

_____
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

**Edward R. Curotola,**
**Victoria M. Curotola,**           Case No.: 8:14-bk-05676-CED
    **Debtors.**                          Chapter: 13
_____/

ORDER GRANTING MOTION
TO APPROVE PERMANENT MORTGAGE MODIFICATION, (Docket # 54)

**THIS CAUSE** came on for consideration upon the Debtors' Motion to Approve Permanent Mortgage Modification, (Docket No. 54). The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested. Accordingly, it is

**ORDERED:**

1. The Motion is hereby granted subject to lender's consent.

2. The Debtors are authorized to proceed with modification of Selene Finance, LP, on their homestead real property located in Hernando County, Florida, commonly known as: 12384 Easthaven Drive, Spring Hill, FL 34609, and more particularly described as, Hernando County Parcel #: R33 223 18 1701 0000 0060 and legally described as follows:

**LOT 6, EASTWOOD ESTATES, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 31, PAGES 40 AND 41, PUBLIC RECORDS OF HERNANDO COUNTY, FLORIDA**

3. Final Modification of Selene Finance, LP's first mortgage on the Property is hereby approved in accordance with terms mutually agreed upon by the parties.

Attorney SANDRA H. DAY, ESQUIRE is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.

**Copies furnished to:**
Assistant U.S. Trustee, 501 E. Polk Street, #1200, Tampa, FL 33602
**Kelly Remick, Trustee,** P.O. Box 6099, Sun City Center, FL 33571;
Debtors: Edward & Victoria Curatola, 12384 Easthaven Drive, Spring Hill, FL 34609,
Selene Financing, c/o Suzanne Delany, Esquire, (Attorney for Lender) @ sdelany@storeylawgroup.com